## STATE OF NEW JERSEY
## IN THE INTEREST OF R. G. W.

Argued May 11, 1976—Decided May 27, 1976.

*Mr. John P. Goceljak,* Assistant Prosecutor, argued the cause for appellant State of New Jersey (*Mr. Burrell Ives Humphreys,* Passaic County Prosecutor, attorney).

*Ms. Rosemary K. Reavey,* Assistant Deputy Public Defender, argued the cause for respondent juvenile (*Mr. Stanley C. Van Ness,* Public Defender, attorney; *Ms. Reavey* and *Mr. Salim J. Balady,* Assistant Deputy Public Defenders, of counsel and on the brief).

*Ms. Jane E. Deaterly,* Deputy Attorney General, argued the cause for *amicus curiae* Attorney General of New Jersey (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney *pro se; Ms. Deaterly* and *Mr. William Welaj,* Deputy Attorney General, of counsel and on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division.

*For affirmance*—Chief Justice HUGHES, Justices MOUN-TAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge KOLOVSKY—7.

*For reversal*—None.